(118 So. 927)

Ben WELLS v. STATE. (5 Div. 719.) Court of Appeals of Alabama. Nov. 27, 1928.

George F. Smoot, Judge.

RICE, J. Affirmed.